

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN LAMONT WYATT,<br><br>Defendant. | Case No. 18-1071M<br><br>ORDER OF DETENTION |

I.

On May 3, 2018, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender ("DFPD") David Wasserman was appointed to represent Defendant.

A detention hearing was held and the Court issued the following Order of Detention.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant is presently serving a term of federal supervision and, according to the Supervising Probation Officer, Defendant has not been in compliance by failing to follow instructions and reporting requirements.

☐ Previous revocation of supervision for leaving the district without permission.

☒ According to the complaint, Defendant was selling credit reports and identity profiles.

☒ unverified background information

As to danger to the community:

☒ Criminal History includes a felony conviction for bank fraud and aggravated identity theft, and prior violations of supervised release.

☒ Previous revocation of supervision for leaving the district without permission.

☒ Defendant is currently on federal supervision

☒ A search of Defendant's residence and vehicle revealed cocaine packets and social security cards and credit reports that were not in Defendant's name.

☒ Defendant's admitted involvement in this crime of violence while he was subject to two separate terms of probation suggest that Defendant is unwilling to abide by court orders and conditions of release.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 4, 2018  /s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE